Dismissed and Memorandum Opinion filed June 30, 2005









Dismissed and Memorandum Opinion filed June 30, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00011-CV

____________

 

SHARLA BARR, Appellant 

 

V.

 

MARIANO AMADOR, Appellee

 

 

 



 

On Appeal from the
328th District Court

Fort Bend County,
Texas

Trial Court Cause
No. 03-CV-128746

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 16, 2004.

On May 23, 2005, appellant filed a motion to dismiss because
she no longer desires to prosecute the appeal. 
See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum
Opinion filed June 30, 2005.

Panel consists of Justices Yates,
Anderson, and Hudson.